UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET F. KITTLE                                             JURY TRIAL DEMANDED

v.                                          CASE NO.  3:09CV

SOLOMON AND SOLOMON, P.C.
JULIE SOLOMON

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Each Defendant is a debt collector within the meaning of the FDCPA.

5. Beginning in May, 2006, defendants directly or indirectly engaged in efforts to collect plaintiff's disputed personal debt to Citibank.

6. On May 21, 2006, plaintiff timely exercised her rights under 15 U.S.C. § 1692g by mailing a written validation request to defendant.

7. To date, plaintiff has received no response to the request.

8. Defendants continued thereafter to attempt to collect the account, including efforts to obtain judgment and execution within one year prior to the filing of this matter.

9. On December 31, 2008, the clerk entered a Financial Institution Execution in the amount of $12,896.15.

10. Thereafter, Defendants attached bank accounts that included exempt wages.

11. Despite notice of the exemption, defendants continued their efforts to retain wrongfully

garnished funds, to the expense and inconvenience of plaintiff and her family.

12. Defendants directed the marshal to add post judgment interest of 10% to the execution order, despite having no court order permitting the imposition of post-judgment interest. *Sosin v. Sosin*, 109 Conn. App. 691, 708 (Conn. App. 2008).

13. Defendants engaged in conduct the natural consequence of which was to oppress or abuse plaintiff, including attaching exempt funds, without any prior investigation as to the exemption, and refusing to release the attachment despite request.

14. In the collection efforts as to plaintiff, defendants violated the FDCPA, *inter alia*, §1692d, -e, –f, or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each defendant for each communication.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY__/s/ Joanne S. Faulkner___
                JOANNE S. FAULKNER ct04137
                123 AVON STREET
                NEW HAVEN, CT 06511-2422
                (203) 772-0395
                faulknerlawoffice@snet.net