UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET F. KITTLE | STIPULATION DISCONTINUING ACTION |
| PLAINTIFF, | |
| -AGAINST- | CASE 3:09 CV 608 (JBA) |
| SOLOMON AND SOLOMON, P.C. JULIE SOLOMON | |
| DEFENDANTS | |

## STIPULATION DISCONTINUING ACTION

**It is hereby stipulated and agreed,** by and between the undersigned, the attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New Haven, CT
June 25, 2009

                                   Solomon & Solomon, PC and Julie Solomon
                                   Defendants

                                   By: _____
                                   Louis J. Testa, Esq. (ct20342)
                                   Neubert, Pepe & Monteith, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, CT 06510
                                   Telephone 203.821.2000

Dated: June ___, 2009                 Margaret F. Kittle, Plaintiff

                                   By: _____
                                   Joanne S. Faulkner, Esq. (ct 04137)
                                   123 Avon Street
                                   New Haven, CT 06511
                                   (203) 772-0395